HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARY ISABELL, a resident in the State of Washington,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No. 2:21-cv-00300-MJP<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 06/09/2021 |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 9th day of June, 2021.

By  *s/Alfred E. Donohue*
By  *s/Elizabeth Berman Lovell*
Alfred E. Donohue, WSBA No. 32774
Elizabeth Berman Lovell, WSBA No. 46428
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:21-cv-00300-MJP) – 1
ys/AED6710.480/3878544X



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

bermanlovell@wscd.com
Of Attorneys for Defendant

DATED this 9th day of June, 2021.

By  *s/Eric J. Harrison*
Eric J. Harrison, WSBA No. 46129
Attorney West Seattle PS
5400 California Ave. SW, Suite E
Seattle, WA 98136
Phone: 206-388-8092
Email: eric@attorneywestseattle.com
Of Attorneys for Plaintiff

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:21-cv-00300-MJP) – 2
ys/AED6710.480/3878544X



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**ORDER OF DISMISSAL**

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 9th day of June, 2021.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

By ___*s/Alfred E. Donohue*_____
By ___*s/Elizabeth Berman Lovell*_____
    Alfred E. Donohue, WSBA No. 32774
    Elizabeth Berman Lovell, WSBA No. 46428
    Wilson Smith Cochran Dickerson
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164
    Phone: 206-623-4100
    Fax: 206-623-9273
    Email: donohue@wscd.com
           bermanlovell@wscd.com
    Of Attorneys for Defendant

Approved as to form; notice of presentation waived:

By ___*s/Eric J. Harrison*_____
    Eric J. Harrison, WSBA No.
    Attorney West Seattle PS
    5400 California Ave. SW, Suite E
    Seattle, WA 98136
    Phone: 206-388-8092
    Email: eric@attorneywestseattle.com
    Of Attorneys for Plaintiff

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:21-cv-00300-MJP) – 3
ys/AED6710.480/3878544X



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273